# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN QUINN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:19-cv-00138-CB |
| | ) | |
| v. | ) | |
| | ) | |
| CBRE GROUP, INC., | ) | ELECTRONICALLY FILED |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT

Plaintiff Susan Quinn ("Plaintiff") and Defendant CBRE Group, Inc. ("Defendant") jointly request that the Court approve their settlement and dismiss this action with prejudice.  In support of this Motion, the Parties state as follows:

1.    On February 7, 2019, Plaintiff filed an Individual and Collective/Class Action Complaint ("Complaint").  The causes of action set forth in the Complaint include:  (i) violation of the Fair Labor Standards Act ("FLSA") on an individual and collective action basis; and (ii) violation of the Pennsylvania Minimum Wage Act ("PMWA") and other comparable state wage laws on an individual and class action basis.  *See* ECF No. 1.

2.    The Complaint seeks recovery of legal fees and costs; unpaid wages; and non-wage damages.

3.    Defendant denies liability to Plaintiff for the claims set forth in the Complaint, and for all unasserted claims, if any, Plaintiff might believe to have against Defendant.

4.    On October 30, 2017, Plaintiff electronically signed a document containing, among other provisions, (a) an agreement to arbitrate claims such as those asserted in the Complaint; and (b) an agreement not to proceed as a plaintiff or class member in any collective or class action proceeding involving claims such as those asserted in the Complaint.

5.      To avoid the burden and distraction of litigation, including over enforcement of the arbitration and collective/class action waiver agreement, the Parties engaged in settlement discussions and reached agreement in principle for resolution of this civil action on fair and reasonable terms.

6.      Defendant seeks finality as to the claims asserted by Plaintiff individually in this civil action, including her claim arising under the FLSA, and for that reason the Parties jointly present the following settlement terms to the Court for approval:

      a.      Through joint motion, the Parties effectuated an amended case caption and complaint, removing references to a collective/class action and thereby reducing this civil action to Plaintiff's individual claims.

      b.      Within 30 calendar days after issuance of a Court Order substantially in the form proposed, approving this settlement and dismissing Plaintiff's amended complaint with prejudice, Defendant will effectuate the following payments:

$3,334.00 paid to Plaintiff's counsel, no withholdings, resolving Plaintiff's claims in her amended complaint for recovery of legal fees and costs.

$3,333.00 paid to Plaintiff, subject to ordinary withholdings, resolving Plaintiff's claims in her amended complaint for recovery of unpaid wages.

$3,333.00 paid to Plaintiff, no withholdings, resolving Plaintiff's claims in her amended complaint for recovery of non-wage damages.

      c.      Plaintiff agrees and stipulates that the settlement terms set forth in this Joint Motion are fair and reasonable, and fully resolve all of Plaintiff's individual claims as set forth in her amended complaint.

7.      In reaching this settlement, the Parties took into account all known facts, the risk of delay, the cost and uncertainty of litigation, and the defenses to be asserted by Defendant, including the defense that this civil action is subject to the arbitration and collective/class action waiver agreement referenced above.

8.      The jointly proposed settlement terms are not to be construed as an admission by Defendant of any fault, liability, or wrongdoing.

9.      The jointly proposed settlement terms are not to be construed as an admission or position taken by Defendant relating to the arbitration and collective/class action waiver agreement referenced above.

**WHEREFORE**, Plaintiff and Defendant jointly and respectfully request that the Court enter an Order substantially in the form proposed, approving their settlement and dismissing Plaintiff's amended complaint with prejudice, or alternatively directing the Parties to take any additional actions deemed appropriate by the Court for providing the jointly requested relief. A proposed Order is attached.

Respectfully submitted,

/s/ Joseph H. Chivers
Joseph H. Chivers (PA39184)
The Employment Rights Group LLC
100 First Avenue, Suite 650
Pittsburgh, PA  15222
T:  (412) 227-0763
F:  (412) 774-1994
E:  jchivers@employmentrightsgroup.com

Counsel for Plaintiff

/s/ James F. Glunt
James F. Glunt (PA85555)
Catherine S. Ryan (PA78603)
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA  15222
T:  (412) 288-4121/4226
F:  (412) 288-3063
E:  jglunt@reedsmith.com
     cryan@reedsmith.com

Counsel for Defendant