IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN QUINN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:19-cv-00138-CB |
| | ) | |
| v. | ) | |
| | ) | |
| CBRE GROUP, INC., | ) | ELECTRONICALLY FILED |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 13th day of June, 2019, upon consideration of the Parties' Joint Motion for Court Approval of Settlement, IT IS HEREBY ORDERED that said Joint Motion is GRANTED. The Parties' proposed settlement terms as set forth in their Joint Motion are incorporated here by reference and are APPROVED. Plaintiff's amended complaint asserting her individual claims is DISMISSED in its entirety WITH PREJUDICE, with each party to bear its own costs and attorneys' fees except as otherwise agreed to by the Parties.

    s\Cathy Bissoon
United States District Judge